KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
JENNIFER T. HENDERSON
State Bar No. 206231
T. MICHELLE LAIRD
State Bar No. 162979
Deputy Attorneys General
 1300 I Street, Suite 125
 Sacramento, CA  95814
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 324-5366
 Fax:  (916) 327-2319
 E-mail:  Jennifer.Henderson@doj.ca.gov
 E-mail:  Michelle.Laird@doj.ca.gov
*Attorneys for Defendants State of California and Governor Edmund G. Brown Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUMA BAND OF LUISENO MISSION INDIANS OF THE PAUMA AND YUIMA RESERVATION, a/k/a PAUMA BAND OF MISSION INDIANS, a federally-recognized Indian Tribe,**<br><br>                                    Plaintiff,<br><br>             v.<br><br>**UNITE HERE INTERNATIONAL UNION; STATE OF CALIFORNIA; and EDMUND G. BROWN, JR., as Governor of the State of California,**<br><br>                                    Defendants. | 3:16-cv-02660-BAS-AGS<br><br>**JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE**<br><br>Courtroom:    4B<br>Judge:        Hon. Cynthia Bashant<br>Trial Date:    N/A<br>Action Filed:  10/27/2016 |

Pursuant to the United States District Court, Southern District of California Local Rules, Rules 7.1 and 7.2, Kevin Cochrane and Cheryl Williams, attorneys for plaintiff Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation a/k/a Pauma Band of Mission Indians (Pauma Band), a federally-recognized Indian Tribe, Michelle Laird and Jennifer Henderson, Deputies Attorney General, attorneys for defendants the State of California, and Edmund G. Brown, Jr., as Governor of the State of California, (collectively, State Defendants), and Kristin L. Martin, attorney for UNITE HERE International Union (Union), stipulate as follows:

The First Amended Complaint in this action was filed and served December 19, 2016 on the defendants named in the First Amended Complaint (FAC).  (ECF No. 13).  Pursuant to Federal Rule of Civil Procedure 15(a)(3), defendants' responsive pleadings to the FAC were due on January 3, 2017.  On January 3, 2017, State Defendants and the Union each filed motions to dismiss and to strike pursuant to Federal Rule of Civil Procedure 12.  (ECF Nos. 14 & 15.)

On November 8, 2016, this Court granted the parties' prior joint motion regarding the briefing schedule for the initial complaint.  (ECF No. 4).  The prior briefing schedule ordered that the defendants' responsive pleadings be filed no later than December 21, 2016, the plaintiff's opposition(s) be filed no later than February 20, 2017, and the defendants' reply or replies be filed no later than March 16, 2017.

The respective attorneys for Pauma Band, the Union and State Defendants agree to follow the following proposed modified briefing schedule in connection with State Defendants' and the Union's January 3, 2017 motions to dismiss and to strike the FAC:

A. The hearing date of February 7, 2017 is vacated.

B. The filing date for the Pauma Band's opposition(s) to State Defendants' and the Union's Rule 12 motions:  March 6, 2017.

C. The filing date for State Defendants' and the Union's replies to the Pauma Band's opposition:  April 6, 2017.

1

IT IS SO STIPULATED:

Dated: January 6, 2017           Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Deputy Attorney General


s/ JENNIFER T. HENDERSON
JENNIFER T. HENDERSON, SBN 206231
Deputy Attorney General
*Attorneys for Defendants*


Dated: January 6, 2017           DAVIS, COWELL & BOWE, LLP


s/KRISTIN L. MARTIN
Kristin L. Martin, SBN 206528
*Attorneys for Defendant*
*UNITE HERE International Union*


Dated: January 6, 2017           WILLIAMS & COCHRANE, LLP


s/CHERYL A. WILLIAMS
Cheryl A. Williams, SBN 193532
Kevin M. Cochrane, SBN 255266
*Attorneys for Plaintiff Pauma Band of*
*Mission Indians*

2
JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE (CASE 16-cv-2660-BAS-AGS)

# CERTIFICATE OF SERVICE

Case Name: **Pauma Band v. Unite Here/State/Brown**   No.   **3:16-cv-02660-BAS/AGS**

I hereby certify that on **January 6, 2017**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE; and**

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 6, 2017**, at San Diego, California.

Roberta L. Matson
Declarant

*[Signature]*
Signature

SA2016302454
71272694.doc