# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUMA BAND OF LUISENO MISSION INDIANS OF THE PAUMA AND YUMA RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITE HERE INTERNATIONAL UNION, *et al.*,<br><br>Defendants. | Case No. 16-cv-2660-BAS(MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR BRIEFING SCHEDULE**<br><br>**[ECF No. 16]** |

Presently before the Court is the parties' joint motion for a briefing schedule for Defendants' motions to dismiss, which Defendants have already filed (ECF Nos. 14, 15). Having reviewed the parties' request, and good cause appearing, the Court **GRANTS** the joint motion. Accordingly, the Court **VACATES** the February 7, 2017 hearing dates for Defendants' motions to dismiss, and **ORDERS** the following briefing schedule for Defendants' motions to dismiss:

//

1     (1)     Plaintiff must file its opposition(s) to Defendants' motions no later than **March 6, 2017**; and

(2)     Defendants must file their respective replies to Plaintiff's opposition(s) no later than **April 6, 2017**.

**IT IS SO ORDERED.**

DATED: January 6, 2017

Hon. Cynthia Bashant
United States District Judge