Cheryl A. Williams (Cal. Bar No. 193532)
Kevin M. Cochrane (Cal. Bar No. 255266)
caw@williamscochrane.com
kmc@williamscochrane.com
WILLIAMS & COCHRANE, LLP
28581 Old Town Front Street
Temecula, CA 92590
Telephone: (619) 793-4809

Attorneys for Plaintiff
PAUMA BAND OF MISSION INDIANS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUMA BAND OF LUISENO MISSION INDIANS OF THE PAUMA & YUIMA RESERVATION**, a/k/a PAUMA BAND OF MISSION INDIANS, a federally-recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>**UNITE HERE INTERNATIONAL UNION; STATE OF CALIFORNIA**; and **EDMUND G. BROWN, JR.**, as Governor of the State of California;<br><br>Defendants. | Case No.: 16-CV-02660 BAS AGS<br><br>**PAUMA BAND OF MISSION INDIANS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:    February 27, 2017<br>Time:   TBD<br>Dept:    4B<br>Judge:   The Honorable Cynthia Bashant<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO THE COURT, THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on February 27, 2017, or as soon thereafter as counsel may be heard on this matter, in Courtroom 4B of the Edward J. Schwartz United States Courthouse at 221 West Broadway, San Diego, California 92101, the Pauma Band of Mission Indians ("Pauma" or "Tribe") will and hereby does move the Court for an order granting leave to file a Second Amended Complaint. The basis for the motion is that counsel for Pauma just recently discovered filings by UNITE HERE International Union ("Union") in a federal lawsuit shortly after the execution of the 1999 Compact, in which counsel for the Union made statements that address what it brands as the simple legal theory that underlies this case: whether the Union can waive its right to file unfair labor practice charges with the National Labor Relations Board by negotiating and agreeing to the Tribal Labor Relations Ordinance.

This motion is based on the accompanying memorandum of points and authorities, the supporting Declaration of Cheryl A. Williams, all evidence cited or referenced in either of these documents, and any documentary or oral evidence presented at the hearing on the matter. Moreover, this motion is made following the (ultimately unfruitful) conference of counsel that took place on January 19, 2017.

RESPECTFULLY SUBMITTED this 27th day of January, 2017

PAUMA BAND OF MISSION INDIANS

By: */s/ Kevin M. Cochrane*
Cheryl A. Williams
Kevin M. Cochrane
caw@williamscochrane.com
kmc@williamscochrane.com
WILLIAMS & COCHRANE, LLP
28581 Old Town Front Street
Temecula, CA 92590
Telephone: (619) 793-4809