KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
JENNIFER T. HENDERSON
State Bar No. 206231
T. MICHELLE LAIRD
State Bar No. 162979
Deputy Attorneys General
1300 I Street, Suite 125
Sacramento, CA  95814
P.O. Box 944255
Sacramento, CA  94244-2550
Telephone:  (916) 324-5366
Fax:  (916) 327-2319
  E-mail:  Jennifer.Henderson@doj.ca.gov
  E-mail:  Michelle.Laird@doj.ca.gov
*Attorneys for Defendants State of California
and Governor Edmund G. Brown Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUMA BAND OF LUISENO MISSION INDIANS OF THE PAUMA & YUIMA RESERVATION, a/k/a PAUMA BAND OF MISSION INDIANS, a federally-recognized Indian Tribe,**<br><br>Plaintiff,<br><br>**v.**<br><br>**UNITE HERE INTERNATIONAL UNION; STATE OF CALIFORNIA; and EDMUND G. BROWN, JR., as Governor of the State of California,**<br><br>Defendants. | 3:16-cv-02660-BAS-AGS<br><br>**NOTICE OF APPEARANCE FOR PURPOSE OF CM/ECF NOTIFICATION TO COUNSEL FOR DEFENDANTS STATE OF CALIFORNIA AND GOVERNOR EDMUND G. BROWN JR.**<br><br>Judge:  Hon. Cynthia Bashant<br>Magistrate Judge:  Hon. Andrew G. Schopler |

1

1   **TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

2        Please be advised that the attorney listed below should be added as counsel of

3   record for defendants the State of California and Governor Edmund G. Brown Jr. in

4   the above-entitled action, and is licensed to practice in the State of California, is

5   admitted to practice in this court, and should be noticed on all further matters in this

6   action that are electronically transmitted via the Case Management/Electronic Case

7   Filing (CM/ECF) system at the following address:

8        Jennifer T. Henderson, Deputy Attorney General
    1300 I Street, Suite 125
9   Sacramento, CA  95814
    Telephone:  (916) 324-5366
10  Fax:  (916) 327-2319
    E-mail:  Jennifer.Henderson@doj.ca.gov
11

12

13  Dated:  March 1, 2017             Respectfully submitted,

14                   KAMALA D. HARRIS
                     Attorney General of California
15                   SARA J. DRAKE
                     Senior Assistant Attorney General
16                   T. MICHELLE LAIRD
                     Deputy Attorney General
17

18

19                   s/Jennifer T. Henderson
                     JENNIFER T. HENDERSON
20                   Deputy Attorney General
                     *Attorneys for Defendants*
21                   *State of California and Governor*
                     *Edmund G. Brown Jr.*

22

23

24

25

26

27

28